Aleksander Powietrzynski, Esq.
Winston & Winston, P.C.
*Attorneys for Defendant*
75 South Broadway, Suite 443
White Plains, New York 10601
Tel: 212-922-9483
Alex@winstonandwinston.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SANDRA KENNEDY, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>FINANCIAL RECOVERY SERVICES, INC. and JOHN DOES 1-50 and ABC CORP. 1-50,<br><br>    Defendants. | Civil Action No.:<br><br>**DEFENDANT'S NOTICE OF REMOVAL** |

PLEASE TAKE NOTICE that Defendant Financial Recovery Services, Inc. ("FRS") hereby removes to this Court the state court action described below.

1.  Plaintiff Sandra Kennedy commenced an action in the Superior Court of New Jersey, Law Division, Essex County, State of New Jersey, entitled and captioned: *Sandra Kennedy, on behalf of herself and all others similarly situated v. Financial Recovery Services, Inc. and John Does 1-50 and ABC CORP. 1-50* and assigned Case No.: ESX-L-007051-21. A copy of the Summons, Complaint, Civil Case Information Statement and Track Assignment Notice served on FRS is attached and marked as Exhibit "A".

2.  This action is a civil action of which this Honorable Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by FRS pursuant to 28

U.S.C. § 1441 in that it presents a federal question, in that Plaintiff alleges violations of 15 U.S.C. § 1692 *et seq.*, the Fair Debt Collection Practices Act ("FDCPA").

3. FRS was served on March 16, 2022. Accordingly, this removal is timely.

4. To the best of the undersigned's knowledge, no other pleadings or documents, other than the documents attached hereto, have been filed in this matter.

5. As required by 28 U.S.C. § 1446(d), FRS will give notice of the filing of this notice to the Plaintiff and to the clerk of the Essex County District Court, State of New Jersey, where the action is currently pending.

WHEREFORE, FRS respectfully requests that the above captioned matter currently pending in the Superior Court of New Jersey, Law Division, Essex County, State of New Jersey, be removed to this Honorable Court.

Date:  Westchester, New York
       April 14, 2022

                    s/ Aleksander Powietrzynski
Aleksander Powietrzynski
WINSTON & WINSTON, PC.
*Attorneys for Defendant*
75 South Broadway, Suite 443
White Plains, New York 10601
Telephone: (212) 922-9483
Facsimile: (212) 922-9484
*Email: Alex@winstonandwinston.com*